**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

**RE:**                                                *

**TRACY BOGUE,**                        *     **CASE NO.: 20-12877-JDW**
                                                       *
                                                       *
**Debtor.**                                     *

## ORDER TERMINATING THE AUTOMATIC STAY

This matter came before the Court on the Motion for Relief from Stay of **Capital One Auto Finance, a division of Capital One, N.A.** *(Doc. # 11)* seeking relief from the automatic stay imposed by 11 U.S.C. § 362 (a) as it relates to the enforcement of the lien against personal property described as:

**2018 HYUNDAI Sonata Sedan 4D Sport I4, VIN: 5NPE34AF8JH692262**

The same came before the court with a Response Due Date of November 23rd, 2020 to file a written response explaining Debtor's position. No response was filed and the same is due *to* be Granted.

Therefore, it is ORDERED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated as it relates to the enforcement of the lien held by Creditor against the property described above.

(JDW)

##END OF ORDER#

Order Submitted by:
Wesley H. Blacksher Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015